**CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Dr. Sonia Hernandez Caruso D.O., Pro Se

**DEFENDANTS**
Texas Medical Board and Susan D. Rodriguez (Bar No 24055397)
Scott M. Freshour, J.D. (General Counsel), Amy Swanholm, J.D. (Bar No. 24056400), Sherif Zaafran, MD, (President), Individually & in their Official Capacities as Officers of the Texas Medical Board

**(b)** County of Residence of First Listed Plaintiff: **Denton County**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Travis County**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
n/a

Attorneys *(If Known)*
Not known

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

N/A

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Civil Rights: 440 Other Civil Rights (checked)

## V. ORIGIN *(Place an "X" in One Box Only)*

[X] 1 Original Proceeding

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. Section 1983, 14th Ammendment, 5th Ammendment, and see II A under Jurisdiction of Complaint

Brief description of cause:
Discrimination, Defamation -slander libel, Retaliation, Ultra Vires acts, Business Disparagment, Tortious Interference, Due process violations SEE

## VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ $5,200,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
n/a

DATE: 02/29/2024
SIGNATURE OF ATTORNEY OF RECORD: Dr. Sonia Hernandez Caruso D.O. Pro Se

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____