Generated: Mar 1, 2024 2:16PM



# U.S. District Court

## Texas Western - Austin

Receipt Date: Mar 1, 2024 2:16PM

Sonia Hernandez Caruso
301 Silveron Blvd. Apt. 7101
Flower Mound, TX 75028

Rcpt. No: 1544                    Trans. Date: Mar 1, 2024 2:16PM                    Cashier ID: #CR

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| MO | Money Order | #22-054330336 | 03/1/2024 | | $405.00 |
| | | | Total Due Prior to Payment: | | $405.00 |
| | | | Total Tendered: | | $405.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments**: 1:24-cv-00217 Hernandez Caruso v. Texas Medical Board et al

Clerk, U.S. District Court - Austin Division - 501 West Fifth Street, Suite 1100, Austin, TX 78701 - (512) 916-5896 - www.txwd.uscourts.gov