# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| SONIA HERNANDEZ CARUSO,<br>*Plaintiff* | §<br>§<br>§ | |
| v. | §<br>§ | Case No. 1:24-CV-00217-DII |
| TEXAS MEDICAL BOARD, ET AL.,<br>*Defendant* | §<br>§<br>§<br>§ | |

## O R D E R

Plaintiff Sonia Hernandez Caruso filed her Complaint on March 1, 2024, and Defendants Texas Medical Board ("TMB"), Susan Rodriguez, Scott Freshour, Amy Swanholm, and Sherif Zaafran made their appearances on April 11, 2024. Dkts. 1, 9. Contrary to this Court's Local Rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. TEX. LOC. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

**IT IS ORDERED** that the parties consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint agreed proposed scheduling order using Judge Robert Pitman's form on or before **June 27, 2024**.

**SIGNED** on June 13, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1